UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JUN 24 AM 9:46

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Pedro MARTINEZ-Tinoco (AKA): Arturo MORALES-Tsintzun** Defendant. | Magistrate Case No. '08 MJ 1940 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326; <br> Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **June 20, 2008**, within the Southern District of California, defendant, **Pedro MARTINEZ-Tinoco, (AKA): Arturo MORALES-Tsintzun,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **24th** DAY OF **June 2008.**

UNITED STATES MAGISTRATE JUDGE

ML

## PROBABLE CAUSE STATEMENT

On June 20, 2008, the defendant identified as **Pedro MARTINEZ-Tinoco, (AKA): Arturo MORALES-Tsintzun,** was arrested in Fallbrook, California by the San Diego Sheriff's Department in violation of 8 1251 US "DEPORTATION PROCEEDINGS" and booked into Vista Jail. On June 20 2008, a Special Agent with Immigration and Customs Enforcement determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from local custody. On June 23, 2008, the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE). A Deportation Officer reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States by an Immigration Judge on or about May 28, 2003 and physically removed to Mexico on or about May 28, 2003 via the Otay Mesa Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Pedro MARTINEZ-Tinoco, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.